UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA MONTANA, *et al.*,

    Plaintiffs,

v.

MIGUEL ANGEL CARDONA, *et al.*,

    Defendants.

Civil Action No. 23-cv-775 (TSC)

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 24, Defendants' Motion to Dismiss, ECF No. 16, is hereby GRANTED, and Plaintiffs' Motion for Summary Judgment, ECF No. 19, is hereby DENIED as moot. The case is hereby DISMISSED.

Date: March 26, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge